IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES REED, III,

    Petitioner,

v.

WARDEN, CORRECTIONAL
RECEPTION CENTER,

    Respondent.

CASE NO. 2:18-CV-167
JUDGE JAMES L. GRAHAM
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On December 31, 2018, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be denied and that this action be dismissed. (ECF No. 19.) Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and the Court granted Petitioner three extensions of time for the filing of objections, no objections have been filed.

The *Report and Recommendation* (ECF No. 19)) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealabililty.

**IT IS SO ORDERED.**

Date: June 17, 2019

                                                              _____s/James L. Graham_____
                                                              **JAMES L. GRAHAM**
                                                              **UNITED STATES DISTRICT JUDGE**